# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CARLOS N., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:20-CV-00398-MSM-PAS |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant ) | |

## ORDER

Mary S. McElroy, United States District Judge.

On November 10, 2021, Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R&R"), (ECF No. 20), recommending that the Court grant the Plaintiff's Motion for Reversal of the Unfavorable Portion of the Partially Favorable Decision of the Commissioner (ECF No. 14) and deny the Defendant's Motion to Affirm the Acting Commissioner's Decision (ECF No.17). The Magistrate Judge also recommended that the matter be remanded for further proceedings solely regarding the period from alleged onset on April 30, 2015, until June 1, 2017, pursuant to Sentence Four of 42 U.S.C. § 405(g).

After having carefully reviewed the relevant papers, and having heard no objections, the Court ACCEPTS the R &R and ADOPTS the recommendations and reasoning set forth therein. Accordingly, Plaintiff's Motion (ECF No. 14) is GRANTED, Defendant's Motion (ECF No. 17) is DENIED, and the matter is

remanded for further proceedings consistent with this Order.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge
January 11, 2022